No. 73–728.  CITY OF MIAMI *v.* SPICY.  Sup. Ct. Fla. Certiorari denied.

No. 73–738.  ARISON SHIPPING CO. ET AL. *v.* KLOSTERS REDERI A/S, DBA NORWEGIAN SHIPPING LINES.  Sup. Ct. Fla.  Certiorari denied.

No. 73–740.  CHICAGO & SUBURBAN REFUSE DISPOSAL ASSN. ET AL. *v.* A. CHERNEY DISPOSAL CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 73–742.  TIMPANY, TRUSTEE IN REORGANIZATION *v.* NEW JERSEY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 73–749.  ADLER *v.* MONTEFIORE HOSPITAL ASSOCIATION OF WESTERN PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 73–750.  BLAZ, DIRECTOR OF REVENUE AND TAXATION OF GUAM *v.* MANNING ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 73–756.  WOODALL INDUSTRIES, INC. *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE CO.  C. A. 6th Cir. Certiorari denied.

No. 73–771.  ANDERSON, T/A ANDERSON'S TEXACO SERVICE STATION, ET AL. *v.* DUNLOP ET AL.  Temp. Emerg. Ct. App.  Certiorari denied.

No. 73–827.  COLORADO CORP. ET AL. *v.* BAER, TRUSTEE IN BANKRUPTCY.  C. A. 10th Cir.  Certiorari denied.

No. 73–5234.  CORBETT *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.